

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00303-CV

**IN THE INTEREST OF A.N.L., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01830
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

    Appellant's motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **September 13, 2021**.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court